FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV - 2 2022

KEVIN P. WEIMER, Clerk
By: Kimberly Hatcher Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANNIE LOIS GRANT, ET. AL.,

PLAINTIFFS,

V.

BRAD RAFFENSPERGEER, ET. AL.,

DEFENDANTS.

CIVIL ACTION NUMBER:
1:22-CV-00122-SCJ

**TRIAL BY JURY O.C.G.A. § 21-2-526**

**PRELIMINARY INJUNCTION**

**THREE-JUDGE COURT REQUEST**
**28 U.S. CODE § 2284**

**MOTION TO INTERVENE**

**REDISTRICTING DISCREPANCIES ADMITTED; WITH DAMAGES, AFFECTED COUNT TABULATION, O.C.G.A. § 21-2-522 (1)(4) (5) MARVIS MCDANIEL IVEY DECLARED WINNER BY 0400 RACE CONCEDED**

**TEMPORARY RESTRAINING ORDER**
EMERGENCY STAY OF ELECTION
O.C.G.A. § 21-2-6

DEPRIVATION OF **RIGHT TO RECOUNT:** O.C.G.A. § 21-2-495 **TIMELY REQUEST; MAY 31, 2022 DATE OF DEKALB BOARD OF REGISTRATION AND ELECTIONS MEETING; WITH NO RECOUNT IN VIOLATION OF MARVIS MCDANIEL IVEY'S RIGHTS UNDER THE UNITED STATES CONSTITUTION, AMEND-MENT FOURTEENTH, 42 U.S. CODE 1983, 1988 ONGOING TRESPASS RELIEF, WITH IRREPARABLE DAMAGES AFTER NOVEMBER 8^TH^**, 2022; STAMPED FILED COMPLAINT ATTACHED HERETO;

**DEPRIVATION OF EQUAL RIGHTS**

**TO RECOUNT: DEKALB COUNTY BOARD OF COMMISSIONERS RACE FOR DISTRICT 2, A MAJORITY WHITE DISTRICT WITH WHITE CANDIDATES HAD REQUESTED AND RECEIVED A RECOUNT; MARVIS MCDANIEL IVEY, A BLACK CANDIDATE IN A MAJORITY BLACK STATE HOUSE 86 REPRESENTATIVE RACE WAS DENIED EQUAL ACCESS TO THE STATUTORY RIGHT TO RECOUNT BEFORE A FALSE AND FABRICATED RUN OFF WHICH UNFAIRLY CHANGED VOTER MACHINE TABULATIONS AND TOTALS CAUSING IRREPARABLE DAMAGES, WILLFULLY AND INTENTIONALLY AS THE TRUE COUNT ALSO REVEALS ELECTIONS FRAUD DONE BY CORRUPT DEKALB OFFICIALS, ESPECIALLY IN ITS POLICE DEPARTMENT WHICH HAS CONTROL OF COUNTY INTERNET, AND WHICH POLICE, BADGE 3103 MARTINEZ, HAS BEEN REPORTED TO OFFICIALS FOR STALKING, AND OTHER CRIMES, U.S. CONST. AMENDMENT FOURTEENTH, 42 U.S. CODE 1981, 1985 AND 1986;**

**<u>INTIMIDATION OF ELECTORS O.C.G.A. § 21-2-567 DEKALB</u> OFFICIALS AGAINST MR. MARCUS IVEY FALSELY ARRESTED FALSELY ACCUSED, NO DNA MATCHED; WITH DISCLOSURE IN TIME FOR VOTING;**

**<u>AFFIDAVIT IN SUPPORT OF MOTION TO INTERVENE WITH EMERGENCY RESTRAINING ORDER STAY OF ELECTION AND ADDENDUM</u>**

Before the undersigned Notary Public duly authorized to administer oaths in the State of Georgia appeared Affiant, Marvis McDaniel Ivey who under oath, deposes and states:

1.

The contents, and statements comprising the **MOTION TO INTERVENE AS PLAINTIFF** are true and correct and based on my personal knowledge.

2.

The request for **EMERGENCY MOTION FOR REMPORARY RESTRAINING ORDER TO BE HEARD BY THREE-JUDGE COURT** is true and correct.

3.

The **ADDENDUM FOR CORECTION AND TO REQUEST PROTECTION** is true and correct including its lengthy Caption.

4.

All Captions in the above pleadings and this Affidavit in Support of the same are true and correct.

5.

Evidence attached hereto include Dekalb County Board of Registration and Elections 2022 Calendar of Events documenting its "Scheduled Meeting" date of Tuesday, May 31, 2022, 12:00 P.M. on the date that Affiant's **REDISTRICTING DAMAGES**, **EMERGENCY ELECTION COMPLAINT** was stamped filed received on its face, signature page and Verification Page, May 31, 2022 at 08:54 A.M. Copies attached hereto as EXHIBITS "A" AND "B" and made a part hereof by this reference.

6.

In addition to the racist redistricting damages resulting from "discrepancies" in negligent implementation of the redistricting changes by the Secretary of State, Defendant Raffensperger, citizens of Dekalb County are further subjected to elections fraud by elections officials done for

the benefit of police who have the technology to perform interference through the voters and tax payers of Dekalb County, Georgia. Dekalb County Police Department's interference into the elections results after Marvis McDaniel Ivey had been declared winner of her race and her race was conceded by Candidate Jacqueline Adams through Congratulatory text message amounts to corruption in Dekalb County government done for the benefit of Martinez, Badge #3103 who operates a racket or *government human sex trafficking* crimes corruption "enterprise" through his employment, See O.C.G.A. §16-14-1 through § 14-14-12. Marvis McDaniel Ivey is further entitled to restraining order relief under O.C.G.A. § 16-14-6.

7.

Dekalb County, Georgia has been left out of most redistricting complaints.  Dekalb County, Georgia is divided along racial lines with African Americans and majority of other or diverse populations migrating toward the South End of the county and Whites migrate toward the North End of the county with some degree of diversity in pockets of North Dekalb County.

8.

Marvis McDaniel Ivey ran for House District 86 which underwent "packing" as majority black communities toward the South End of Dekalb County were "packed" into the majority Black House District.  Damages occurred related to "VOTER NOTICE: 220 PRIMARY ELECTION REDISTRICTING DISCREPANCY AND FAQS," publication of the Dekalb Voter Registration and Elections Department, dated May 1, 2022.

9.

As part of police terrorism, bribery of judges Marvis McDaniel Ivey's residence was taken through fraudulent means and in the complete absence of jurisdiction of the Magistrate Court of Dekalb County, Georgia. Therefore, Marvis McDaniel Ivey considers the real property

her residence. The house was previously designated for State House District 86 but changed to State House District 85 with the redistricting changes. Marvis McDaniel Ivey inadvertently qualified for State House District 86 and timely sought to change to State House District 85 where a white female, Karla Drenner was re-elected who would not schedule a room for the precinct's visiting Fifth Graders to have lunch, during their visit to the Georgia State Capitol. The rooms were free.

10.

Though request for the change has been made, no decision was made and unless the General Election is stayed with regard to those races, State House Districts 85 and 86, irreparable damages will result for which there can be no compensation.

SWORN TO AND SUBSCRIBED UNDER OATH BEFORE ME, Notary Public this 2nd, day of Nov. 2022.

Marvin Wooley
Notary Public

MARVIN WOOLEY NOTARY PUBLIC COMMISSION EXPIRES Jan. 21, 2023 DEKALB COUNTY, GA

Marvis McDaniel Ivey

Marvis McDaniel Ivey
P.O. Box 2362
Atlanta, Georgia 30301
Email: Marvis.Ivey@aol.com
(470) 810-5536



EXHIBIT "A"

# BOARD OF REGISTRATION AND ELECTIONS

## 2022 CALENDAR OF EVENTS

Regular meetings are held on the second Thursday of each month at 4:30 PM (subject to change in months with elections.)

Until further notice, meetings will be held via teleconference on DCTV's UStream channel: https://video.ibm.com/channel/dctv-channel-23

| | |
|---|---|
| Thursday, January 13 | Scheduled Meeting - 4:30 PM |
| Thursday, February 10 | Scheduled Meeting - 4:30 PM |
| Thursday, March 10 | Scheduled Meeting - 4:30 PM |
| Thursday, April 14 | Scheduled Meeting - 4:30 PM |
| ✓ **Tuesday, May 31** | **Scheduled Meeting - 12:00 PM** |
| **Monday, June 27** | **Scheduled Meeting - 12:00 PM** |
| Thursday, July 14 | Scheduled Meeting - 4:30 PM |
| Thursday, August 11 | Scheduled Meeting - 4:30 PM |
| Thursday, September 8 | Scheduled Meeting - 4:30 PM |
| Thursday, October 13 | Scheduled Meeting - 4:30 PM |
| **Monday, November 14** | **Scheduled Meeting - 12:00 PM** |
| **Monday, December 12** | **Scheduled Meeting - 12:00 PM** |

**** Date changed due to election**

EXHIBIT "B"

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

MARVIS MCDANIEL IVEY,
MARCUS D. IVEY,
MARVIS MCDANIEL IVEY as Next Best Friend of JANE DOE, A Minor,

PLAINTIFFS,

v.

DEKALB COUNTY
BOARD OF REGISTRATION AND ELECTIONS:
NANCY JESTER,
ANTHONY LEWIS,
DELE LOWMAN SMITH,
SUSAN MOTTER,
KARLI SMITH,

ASHA JACKSON, Individually and as Candidate for Judge, Superior Court of Dekalb County,

COURTNEY JOHNSON, Individually and as Candidate for Judge, Superior Court of Dekalb County,

DEBRA DEBERRY, Individually and as Clerk of Superior Court of Dekalb County, Georgia,

MELODY MADDOX, Individually and as Sheriff of Dekalb County, Georgia,

DEKALB COUNTY, GEORGIA, On behalf of its Police Department, Martinez #3103, and agents;

CIVIL ACTION NUMBER: ______________

2022 MAY 31 AM 8:54
FILED
DEKALB COUNTY
VOTER REGISTRATION AND ELECTIONS

**REDISTRICTING DAMAGES**
O.C.G.A. § 21-4-18(b) VENUE, JURISDICTION;
MANDAMUS O.C.G.A. § 9-6-25;

**CRIMINAL CONSPIRACY MISCONDUCT OF ELECTED OFFICIALS**
FOR BENEFIT OF CORRUPT DEKALB COUNTY POLICEMEN MARTINEZ #3103, AGAINST PLAINTIFFS;

**CANDIDATE CHALLENGE TO THE**
QUALIFICATIONS OF:
ASHA JACKSON,
COURTNEY JOHNSON,
DEBRA DEBERRY,
MELODY MADDOX,
O.C.G.A. § 21-2-522 (2);

**CANDIDATE CHALLENGE TO THE**
ELECTION RESULTS: O.C.G.A. 21-2-522,
**STATE REPRESENTATIVE**
HOUSE DISTRICT **85**:
KARLA DRENNER
JOYCELYN ONEIL
**STATE REPRESENTATIVE**
HOUSE DISTRICT **86**
JACQUELINE ADAMS
IMANI BARNES
MARVIS MCDANIEL IVEY

**HAND COUNT REQUEST DUE TO POLICE MISCONDUCT RELATED TO CORRUPTION IN *GOVERNMENT HUMAN SEX TRAFFICKING*, POLICE**

**MALICE AGGRAVATED STALKING BY AND FOR LANDRY MARTINEZ #3103 THROUGH OUT THIS CAMPAIGN. POLICE IS OVER THE INTERNET. A HAND COUNT WITH NO COMPUTER TABULATION IS REQUESTED. PLAINTIFFS WOULD LIKE TO BE PRESENT FOR THE COUNT, O.C.G.A. §21-2-495,**

**STAY OF ELECTION** Pursuant to O.C.G. A. § 21-2 -6

**PLAINTIFF MARCUS D. IVEY IS A** LIFETIME RESIDENT OF DEKALB COUNTY, GEORGIA, SUFFERING POLICE MISCON- RETALIATORY ARRESTS AND RETALIATORY PROSECUTIONS BY CORRUPT ELECTED OFFICIALS FOR THE BENEFIT OF MARTINEZ #3103 TO KEEP MARTINEZ #3103 FROM JAIL FOR ATTACKS OF *GOVERN-MENT SEX TRAFFICKING* SINCE PLAINTIFFS CHILDHOOD AND KEEPING PLAINTIFF UNDER FALSE ARRESTS THROUGH FALSIFYING HIS RECORDS; O.C.G.A. § 16-9-53 REMOVAL OF 2016 MOTIONS FROM CRIMI-NAL RECORD TO EXTEND ILLEGAL FALSE DETENTION; FALSE ENTRIES WITH REMO-VAL OF 2016 ENTRIES CRIMES, O.C.G.A. §45-11-1 FELONIES DONE IN CONSPIRACY BY **ELECTED OFFICIALS**: ASHA JACKSON, COURTNEY JOHNSON, DEBRA DEBERRY, MELODY MADDOX,

PLAINTIFF MARVIS MCDANIEL IVEY IS A QUALIFIED CANDIDATE FOR ELECTIVE OFFICE WHO SUFFERED HARASSMENT BY POLICE ON BEHALF OF LANDRY MARTINEZ #3103 AND OTHERS THEIR AGENTS AND AN UNUSUALLY LOW AS TAMPERED WITH RESULTS;

PLAINTIFF JANE DOE IS A MINOR A CHILD CURRENTLY SUFFERING CHILD ABUSE AND MOLESTATION WHICH POLICE THROUGH THEIR ROUTINE AGGRAVATED STALKING AGAINST PLAINTIFF MCDANIEL-IVEY FOR INTERFERENCE INTO HER CHURCH RELATIONSHIPS DELALB POLICE BECAME AWARE OF CHILD ABUSE AND DEKALB POLICE HAVE GANG RAPED THE CHILD;

**INJUNCTION RELIEF AGAINST DEKALB COUNTY, GEORGIA AND ITS POLICE DEPARTMENT, LANDRY MARTINEZ #3103, AND OTHERS HIS AGENTS SUCH AS THOSE WHO FOR HIS BENEFIT PERFORMED RETALIATORY ARRESTS AGAINST PLAINTIFF MARCUS D. IVEY, POLICE MUST ALSO BE RESTRAINED FROM INTERFERING WITH PLAINTIFF MARVIS MCDANIEL IVEY'S OUT REACH TO NEIGHBORS**

Plaintiffs file this their **EMERGENCY ELECTION COMPLAINT** and show the court as follows:

1.

Pursuant to Official Code of Georgia Annotated (O.C.G.A.) § 21-2-524 (a) Plaintiffs show the court as follows:

(1) The contestant's qualification to institute the contest; Plaintiff Marvis McDaniel Ivey is a Candidate for Public office of State Representative, House District 86. Plaintiff in good faith qualified March 7, 2022. Due to Redistricting Damages Marvis McDaniel Ivey is seeking formal relief. Damages were also suffered through ongoing police misconduct permitted by elected officials.

(2) The contestant's desire to contest the result of such primary or election and the name of the nomination, office, or question involved in the contest; Plaintiff Marvis McDaniel Ivey requests a hand count of the election results due to heavy police misconduct interference into the Campaign consisting primarily in the removal of signs and aggravated stalking posing a threat to physical well being. Wish hand count not involving the Internet or computers which police have control over. Plaintiff properly report police Martinez #3103 with Dekalb County Police Department retaliation.

(3) The name of the defendant; The Dekalb Board of Registration and Elections.
The Dekalb County, Georgia Police Department is named as agent for its officer Landry Martinez #3103.

(4) The name of each person who was a candidate at such primary or election for such nomination or office in the case of a contest involving same; The State Representative House District 86 Election Candidates were as follows:

Jacqueline Adams
Imani Barnes
Marvis McDaniel Ivey

(5) Each ground of contest; O.C.G.A. § 21-2-522 (1) Misconduct, fraud, or irregularity by any primary or election officials sufficient to place in doubt the result. Most Dekalb County Elected Officials are accomodating police misconduct of any form and participate willingly in police crimes.

O.C.G.A. §21-2-522 (3) Illegal votes and rejected votes also have impacted the results. Tabulation issue in the commission & election. Because police in conspiracy participated in misconduct so heavily in this case it is reasonable to expect that closing police completely out of a hand count might yield more realistic in alignment with normal patterns.

(6) The date of the official declaration of the result in dispute; To be determined and the date of the Election was may 24, 2020 there was no official declaration that day. This petion is timely.

(7) The relief sought; and A hand count is sought at this point.

(8) Such other facts as are necessary to provide a full, particular, and explicit statement of the cause of contest.

2.

**REDISTRICTING DAMAGES** O.C.G.A. § 21-4-18(b) VENUE, JURISDICTION

3.

**CRIMINAL CONSPIRACY MISCONDUCT OF ELECTED OFFICIALS** FOR BENEFIT OF CORRUPT *GOVERNMENT HUMAN SEX TRAFFICKING* DEKALB COUNTY POLICEMEN MARTINEZ #3103, AGAINST PLAINTIFFS; O.C.G.A. § § 16-4-8. Conspiracy to Commit a Crime, RICO O.C.G.A. § 16-14-1 THROUGH § 16-14-12

4.

**CANDIDATE CHALLENGE O.C.G.A. § 21-2-5;** O.C.G.A. § 21-2-522 (2);

5.

CANDIDATE CHALLENGE TO THE ELECTION RESULTS: O.C.G.A. 21-2-522

Item#5 is Restated.

6.

HAND COUNT REQUEST O.C.G.A. §21-2-495,

Hand count which does not use any computer or Internet tabulation, or Calculation of any Results.

7.

**STAY OF ELECTION** Pursuant to O.C.G. A. § 21-2 -6

8.

**PLAINTIFFS**

Plaintiff Marvis McDaniel Lucy makes this request at this time

9.

DEFENDANTS

Dekalb County Board of Registration and Elections

[10]

2022 MAY 31 AM 8:54
DEKALB COUNTY VOTER REGISTRATION AND ELECTIONS

10.

INJUNCTION RELIEF AGAINST DEKALB COUNTY, GEORGIA AND ITS POLICE DEPARTMENT, LANDRY MARTINEZ #3103

Plaintiffs are entitled to relief from police misconduct, aggravated stalking and government coordinated human sex trafficking crimes which include false arrests and other coercion.

OTHER RELIEF SOUGHT Fully implemented Redistricting Changes as impacting precincts and maps that enlarge to encompass areas better. A complete complaint is forthcoming as accurate count of district lines. I would like to run for rep district 85.

RECEIVED
DEKALB COUNTY
VOTER REGISTRATION
AND ELECTIONS
2022 MAY 31 AM 8:54

/s/Marcus D. Ivey (My Electronic Signature)

Mr. Marcus D. Ivey
P.O. Box 2362
Atlanta, Georgia 30301
(470) 217-9662

/s/ Marvis McDaniel Ivey (Electronic Signature)

Mrs. Marvis McDaniel Ivey
P.O. Box 2362
Atlanta, Georgia 30301
(470) 810-5536

DEKALB COUNTY SUPERIOR COURT

STATE OF GEORGIA

MARVIS MCDANIEL IVEY, ET AL,

Plaintiff,

vs.

DEKALB COUNTY BOARD OF REGIS...,

Defendant.

Civil Action

Case Number ______

2022 MAY 31 AM 8:54

# VERIFICATION

My name is MARVIS MCDANIEL IVEY. I hereby swear or affirm, before a notary public, that I have read the following document *[fill in name of document being verified]*: EMERGENCY ELECTION COMPLAINT, which I am filing in court with this *Verification*, and the facts stated in the document are true.

[signature]

☑ Plaintiff ☐ Defendant *[Check one & sign.]*

Name: MARVIS MCDANIEL IVEY

Address: 3907/DUNAIRE/DRIVE
STONE MOUNTAIN, GEORGIA 30083

Phone: ( 470 ) 810-5536

Email: ______

Subscribed and sworn before me on May 31, 20 22.

[signature]

Notary Public

[Notary seal: NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMM. EXPIRES SEPTEMBER 20, 2023]

Verification, s rev. Approved September 3, 2010 *(tech. rev. May 22, 2017)*
Provided by the DeKalb County Superior Court and the Atlanta Legal Aid Society

EXHIBIT "~~25~~" "D"

EVIDENCE OF "REDISTRICTING DISCREPANCY"

5/23/22, 10:30 AM Voter Notice: 2022 Primary Election Redistricting Discrepancy and FAQs | DeKalb County GA

# Voter Notice: 2022 Primary Election Redistricting Discrepancy and FAQs

May 1, 2022 Statement Regarding Discrepancy in Redistricting from DeKalb Voter Registration & Elections (VRE) Department

Over the weekend, a voter brought to the DeKalb VRE Department's attention a discrepancy between the precinct map approved by the General Assembly and their assigned County Commission district on the Secretary of State's website. The Department investigated immediately and discovered that approximately 6,800 voters were affected by this issue in the Avondale High, Northlake, Rehoboth, Glennwood, and Winnona Park precincts.

In order to ensure that affected voters will be able to cast a ballot in the correct races for the General Primary, voters in the aforementioned precincts who choose to vote early in-person will do so using specially designated equipment. Each of the 14 advance voting sites will have at least one designated ballot marking device (BMD) and one designated ballot scanner to accommodate these voters. Election Day voting will not be affected.

Additionally, 99 voters in the affected precincts have already requested absentee-by-mail ballots. DeKalb VRE will immediately cancel those ballots and reissue corrected ballots to those voters. There is no additional action required on the part of voters except to submit their corrected ballots once they receive them.

"This discrepancy in precinct assignments was caused by a misalignment between the state legislative process and the Secretary of State's redistricting timeline for county elections offices," stated Dele Lowman Smith, Chair of DeKalb's Board of Registration & Elections (BRE). "DeKalb VRE leadership responded urgently when they learned of this error and worked through the weekend to find a solution that will allow all affected voters to cast their ballots for the correct races in whatever manner works best for them: absentee-by-mail, advance in-person voting, or at their assigned precinct on Election Day. The Board of Registration & Elections thanks the attentive citizen who brought this to our attention, and we are tremendously grateful to our employees for their commitment to serving DeKalb County voters."

6,718 voters across the following five precincts were assigned to the incorrect County Commission district.

https://www.dekalbcountyga.gov/voter-registration-elections/voter-notice-2022-primary-election 1/

[20]

- Avondale High
- Northlake
- Rehoboth
- Glennwood
- Winnona Park

Voters in the affected precincts will vote on designated equipment throughout Advance voting, May 2nd through May 20th. There will be one designated ballot marking device (BMD) and one designated ballot scanner at each Advance voting location. The Advance voting site on the Emory campus (1599 Clifton Road) will have two designated BMDs available for affected voters. DeKalb VRE will cancel and reissue absentee-by-mail ballots to all affected voters who requested them prior to the discovery of this discrepancy.

Election Day voting will not be affected; however, voters may notice some differences in Election Night reporting.

FAQs

Q. When will voters receive their updated precinct cards? Will they be correct?

> A. DeKalb VRE has not yet received updated precinct cards from the Secretary of State. VRE anticipates mailing the cards in time for Election Day so that voters are informed of their correct precinct and polling location. Voters who were affected by the redistricting error will receive an explanatory letter along with their corrected precinct card.
>
> Q. If I still have questions or feel I may have been impacted by this discrepancy, how do I confirm my voter information?

A. Contact DeKalb VRE at 404.298.4020 to speak with a staff member today.

Voter Registration & Elections (/voter-registration-elections/our-mission)

Voter Registration (/voter-registration-elections/voter-registration-0)

Elections (/voter-registration-elections/general-election-information)

Current Election Information (/voter-registration-elections/current-election-information)

Absentee Voting (/voter-registration-elections/absentee-information)

Early Voting (https://www.dekalbcountyga.gov/node/1206964)

Election Day (/voter-registration-elections/election-day)

Provisional Records Search (https://pub1c.dekalbcountyga.gov/ProvisionalSearch/)

Election Results and Statistics (/voter-registration-elections/election-results-0)

Voter Notice: 2022 Primary Election (/voter-registration-elections/voter-notice-2022-primary-election)

COVID-19 Safety Precautions (/voter-registration-elections/covid-19-safety-precautions)

Board of Registration & Elections (/voter-registration-elections/board-registration-elections)

Campaign Finance & Candidate Information (/voter-registration-elections/candidate-information)

Districts & Elected Officials (/voter-registration-elections/dekalb-county-district-maps)

Poll Employment (/voter-registration-elections/poll-employment)

Voter Outreach (/voter-registration-elections/voter-outreach)

Press Releases & Notices (/voter-registration-elections/press-releases-notices)

FAQs (/voter-registration-elections/faqs-and-key-dates)

Contact Us (/voter-registration-elections/contact-us)

Join Our Mailing List (https://www.dekalbcountyga.gov/form/voter-registration-and-elections#no-back)

## Event Calendar

FIND EVENTS (/EVENT-CALENDAR/)